UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH ADVOCATES, INC.

    Plaintiff,

v.                                                          Case No. 8:05-cv-1827-SCB-TBM

JO ANNE B. BARNHART, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes before the Court for consideration of Plaintiff's Motion to Amend Complaint (Doc. No. 39) and Defendants' Motion to Dismiss (Doc. No. 8). These motions were considered by the United States Magistrate Judge. Magistrate Judge McCoun held a hearing on July 28, 2006. (Doc. No. 38.) Thereafter, Magistrate Judge McCoun filed his Report and Recommendation, recommending that Plaintiff's Motion to Amend Complaint be granted, that Plaintiff be directed to file its Amended Complaint within 10 days of this order, and that Defendants' Motion to Dismiss be denied as moot. (Doc. No. 45.) All parties were furnished copies of the Report and Recommendation on October 13, 2006, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate's Report were filed by Defendants on October 27, 2006. (Doc. No. 46.)

    Upon consideration of the Report and Recommendation and Defendants' objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 45) is adopted and incorporated by reference in this Order of the Court;

    (2)    Plaintiff's Motion to Amend Complaint (Doc. No. 39) is **GRANTED**;

    (3)    Plaintiff is directed to file its Amended Complaint within 10 days of the date of this Order; and

    (4)    Defendants' Motion to Dismiss is **DENIED AS MOOT**.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of November, 2006.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun, III
Counsel of Record